IN THE SUPREME COURT OF TEXAS

 No. 11-0891

 IN RE CARRIE DEAN

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary stay, filed November 3, 2011, is
granted. The trial court's September 15, 2011 order and all trial court
proceedings, in Cause No. 11-03285, styled In the Matter of The Marriage of
Richard W. Hompesch, III, D.D.S. and Carrie Dean and in the Interest of A
Minor Child, in the 302nd District Court of Dallas County, Texas, are
stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before November 14, 2011.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 4, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk